Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Howard S. Han (SBN 243406)
hhan@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SKIVA INT'L, INC.; *et al.*,<br><br>Defendant. | Case No.: 2:16-cv-03798-CAS-AS<br><u>Hon. Christina A. Snyder Presiding</u><br><br>**[PROPOSED] ORDER ON STIPULATION TO DISMISS THE ACTION WITH PREJUDICE** |

**ORDER**

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action, against all Defendants, including but not limited to Skiva International, Inc., United Fashions of Texas, LLC, and Rainbow USA, Inc. and/or its affiliates (incorrectly sued herein as Rainbow Shops, Inc.), is hereby dismissed *with* prejudice in its entirety, against all Defendants, together with all claims and/or causes of action arising therefrom; and

2. Plaintiff and Defendants will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

**IT IS SO ORDERED.**

Date: February 1, 2017          By: _____
                                HON. CHRISTINA A. SNYDER
                                UNITED STATES DISTRICT JUDGE